UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARL BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-0553** |
| **BOBBY JINDAL, ET AL.** | **SECTION: "F"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's "Motion for Certification of the Class," Rec. Doc. 5, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this  23rd  day of April, 2014.

_____
**UNITED STATES DISTRICT JUDGE**